# IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION



FILED
2026 MAR 23 PM 3: 25

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
        DEPUTY

Ataollah Etemadi (Pro Se)

805 Falcon Ln

Leander, TX 78641

Phone: 512-818-4100

Email: ata@divisionx.com

Plaintiff,

v.

Audria Fogarty-Ramirez, CPS Alternative Response Specialist I,

Texas Department of Family and Protective Services, individually

Jaclyn Alcoser, CPI Alternative Response and Investigator IV,

Texas Department of Family and Protective Services, individually

Defendants.

Civil Action No. **1:26 CV 00696** RP

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343 (civil rights).

2. Venue is proper in this District under 28 U.S.C. § 1391(b) because the events giving rise to these claims occurred in Travis County, Texas, within the Western District of Texas.

## II. PARTIES

3. Plaintiff Ataollah Etemadi is a resident of Texas and the father of Sarah Etemadi, subject of valid court orders regarding custody and visitation, residing at 805 Falcon Ln, Leander, TX 78641.

4. Defendant Audria Fogarty-Ramirez is/was a CPS Alternative Response Specialist I with the Texas Department of Family and Protective Services acting under color of state law. She may be served at her workplace or last known address.

5. Defendant Jaclyn Alcoser is/was a CPI Alternative Response and Investigator IV with the Texas Department of Family and Protective Services acting under color of state law. She may be served at her workplace or last known address.

## III. FACTS

6. Plaintiff is the father of Sarah Etemadi, born September 22, 2009. Plaintiff has a valid Texas state court order granting him visitation rights (Cause No. D-1-FM-14-000226, 126th District Court, Travis County, Texas).

7. On April 10, 2024, Plaintiff arrived at Harmony School of Endeavor, 13415 Ranch Rd 620 N, Austin, TX, to exercise his court-ordered visitation rights. Defendant Audria Fogarty-Ramirez and Defendant Jaclyn Alcoser, both acting under color of state law as employees of the Texas Department of Family and Protective Services—specifically, Defendant Alcoser as CPI Alternative Response and Investigator IV, and Defendant Fogarty-Ramirez as CPS Alternative Response Specialist I, prevented Plaintiff from accessing or communicating with his daughter, Sarah, without providing any legal justification or referencing a court order restricting Plaintiff's access. The incident was documented in APD Case No. 24-10/0892 by Officers Wood (#6175) and Bergeson (#7531).

8. Prior to April 10, 2024, Defendants repeatedly contacted Plaintiff regarding his visitation, suggested he should not see his daughter, and threatened interference if he attempted to do so.

9. As a direct result of Defendants' actions, Plaintiff did not see his daughter on April 10, 2024, and was later advised by Defendants not to try to see her until CPS concluded its investigation—this investigation was ultimately closed with all allegations ruled out.

10. The delay in seeing Sarah caused by Defendants' intimidation and interference was later cited in state court as a reason to curtail Plaintiff's visitation rights in a subsequent modification order for the parent-child relationship and possession schedule, significantly harming Plaintiff's relationship with his daughter.

Page 3 of 5

## IV. CLAIMS FOR RELIEF

11. Defendants, acting under color of state law, deprived Plaintiff of his constitutional right to familial association and due process of law by interfering with court-ordered parent-child visitation, in violation of the Fourteenth Amendment and 42 U.S.C. § 1983.

## V. DAMAGES

12. As a direct and proximate result of the acts and omissions of Defendants, Plaintiff suffered emotional distress, loss of time with his child, and other injuries. Plaintiff seeks $85,000 in compensatory damages and appropriate injunctive relief to prevent future interference, plus any other relief the Court deems just.

## VI. JURY DEMAND

13. Plaintiff demands a trial by jury on all issues so triable.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants as follows:

(a) Compensatory damages in the amount of $85,000;

(b) Appropriate injunctive relief requiring Defendants to comply with state court orders and not interfere with Plaintiff's visitation and communication rights absent exigent circumstances or court order;

(c) Reasonable costs and such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Ataollah Etemadi, Pro Se

Date: March 23, 2026